# MEMORANDUM CASES.

[Civ. No. 4109. Second Appellate District, Division One.—May 2, 1923.]

THE PEOPLE ex rel. CRAM, Appellant, v. REDLANDS HIGH SCHOOL DISTRICT et al., Respondents.

[1] SCHOOLS AND SCHOOL DISTRICTS—ANNEXATION TO HIGH SCHOOL DISTRICT—TAXATION—CONSTITUTIONAL LAW.—Judgment affirmed upon authority of *People v. San Bernardino High School District, ante,* p. 67.

APPEAL from a judgment of the Superior Court of San Bernardino County. J. W. Curtis, Judge. Affirmed.

The facts are identical with the facts stated in *People v. San Bernardino High School District, ante,* p. 67.

U. S. Webb, Attorney-General, and Henry Goodcell for Appellant.

Walter J. Hartzell for Respondents.

HOUSER, J.—The facts in this case are identical with the facts as stated in the case of *People ex rel. Thompson v. San Bernardino High School Dist. et al., ante,* p. 67 [216 Pac. 959], and the same points are raised in each of the cases. [1] Upon the authority of *People ex rel. Thompson v. San Bernardino High School Dist.,* the judgment herein is affirmed.

Conrey, P. J., concurred.

Curtis, J., being disqualified, did not participate in the foregoing opinion.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on June 29, 1923.